B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JAN M. ROOS, State Bar No. 287031
jroos@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:	(510) 433-2600
Facsimile:	(510) 433-2699

Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, | Case No.  1:14-cv-00358-LJO-JLT |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| WHISLER AG SERVICES, INC., and MACARIO MEDINA, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK and Defendants WHISLER AG SERVICES, INC. and MACARIO MEDINA, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), with each party to bear its own fees and costs.

DATED: May 29, 2014	LOMBARDI, LOPER & CONANT, LLP


By:	*/s/ B. Clyde Hutchinson*
B. CLYDE HUTCHINSON
Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK

13249-43524 BCH 655748.1                  1
STIPULATION AND ORDER OF DISMISSAL

1 | DATED: May 29, 2014               MURCHISON & CUMMING

2

3                                   By:    */s/ Edmund G. Farrell, III*
                                         EDMUND G. FARRELL, III
4                                        Attorneys for Defendants
                                         WHISLER AG SERVICES, INC. and
5                                             MACARIO MEDINA

6
                                    ORDER
7

8   Pursuant to the above stipulation and Fed. R. Civ. P. 41(a)(1)(1) and (ii), this action is

9   dismissed with prejudice. The Clerk of Court is directed to close this case.

10  **SO ORDERED**
    **Dated: May 29, 2014**
11
                                    **/s/ Lawrence J. O'Neill**
12                                  **United States District Judge**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-43524 BCH 655748.1                    2
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL